```
___ FILED          ___ RECEIVED
___ ENTERED        ___ SERVED ON
            COUNSEL/PARTIES OF RECORD

      MAR - 3 . . .

   CLERK US DISTRICT COURT
     DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

AMANDA AJULUCHUKU,            )       3:06-CV-299-BES-VPC

        Plaintiff,     )

    v.                   )      **ORDER**

U.S. BANCORP,          )

        Defendants.   )
_____)

Before the Court is the Report and Recommendation of the United States Magistrate Judge (Doc #9) ("Recommendation") entered on February 8, 2008, in which the Magistrate Judge recommends that this Court enter an order dismissing Plaintiff's Complaint without prejudice. On February 11, 2008, a copy of the Report and Recommendation (Doc #9) was mailed to Plaintiff Amanda U. Ajuluchuku, P.O. Box 5146, Beverly Hills, CA 90209. On February 25, 2008, the Clerk of the Court received notification from the U.S. Postal Service of "return to sender not deliverable as addressed unable to forward."

Rule LSR 2-2 of the Local Rules of Special Proceedings and Appeals provides:

> The plaintiff shall immediately file with the court written notification of any change of address. The notification must include proof of service upon each opposing party or the party's attorney. Failure to comply with this rule may result in dismissal of the action with prejudice.

No objections have been filed.

The Court has conducted a *de novo* review of the record in this case, considering fully all relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

1

1   After a review and determination in accordance with the requirements of 28 U.S.C. § 636 and

2   applicable case law, and good cause appearing,

3         IT IS THEREFORE ORDERED that the Magistrate Judge's Report and

4   Recommendation (#9) entered on February 8, 2008, is adopted and accepted without

5   modification.  Thus, in accordance with the Report and Recommendation,

6         IT IS HEREBY ORDERED that Plaintiff's Complaint is DISMISSED without prejudice.

7   The Clerk of the Court shall enter judgment accordingly.

8         IT IS SO ORDERED.

9         DATED: This 3rd day of March, 2008.

10

11

12

13   _____

14   UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28