AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*       DISTRICT OF   NEVADA

AMANDA AJULUCHUKU,

    Plaintiff,       JUDGMENT IN A CIVIL CASE
V.

                                        CASE NUMBER: **3:06-cv-00299-BES-VPC**

U.S. BANCORP,

    Defendant.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation (#9), entered on February 8, 2008, is adopted and accepted without modification. P's Complaint is DISMISSED without prejudice.

  March 4, 2008                                     **LANCE S. WILSON**
                                                            Clerk

                                                           /s/ Kalani Lizares
                                                           Deputy Clerk